**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2219
_____

SHENISA MOHAMMED,
                                        Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA
_____

On Petition for Review of an Order of the
Board of Immigration
(BIA 1: A089-149-340)
Immigration Judge: Brian T. Palmer


_____


Argued
March 5, 2024

Before:   JORDAN, PORTER, and PHIPPS, *Circuit Judges*

(Filed: July 25, 2024)
_____

Michael S. Henry   [**ARGUED**]
Henry & Grogan
100 S. Broad Street – Ste. 1605
Philadelphia, PA  19110
     *Counsel for Petitioner*

Jaclyn G. Hagner   [**ARGUED**]
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC   20044
      *Counsel for Respondent*

_____

OPINION[*]

_____

**JORDAN**, *Circuit Judge*.

Shenisa Mohammed received a Notice to Appear ("NTA") in the Immigration Court in Cleveland, Ohio, and the NTA was filed and docketed in that Court. Following a hearing, which Mohammed attended virtually from the Moshannon Valley Correctional Center in Philipsburg, Pennsylvania, where she was detained, and the Immigration Judge ("IJ") conducted virtually while physically present in Virginia, the IJ ordered that Mohammed be removed from the country.

For the reasons discussed in *Castillo v. Attorney General of the United States*, Case Nos. 23-2123, 23-2800, & 23-3136, we hold that judicial venue under 8 U.S.C. § 1252(b)(2) lies in the United States Court of Appeals for the Sixth Circuit. Accordingly, we will transfer Shenisa Mohammed's petition to the Court of Appeals for the Sixth Circuit.

_____

[*] This disposition is not an opinion of the full court and, pursuant to I.O.P. 5.7, does not constitute binding precedent.